**F I L E D**
CLERK, U.S. DISTRICT COURT

02/07/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00091-FMO |
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. § 1326(a): Alien Found in the United States Following Deportation] |
| MAXIMILIANO RAFAEL GUILLERMO, | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. § 1326(a)]

On or about November 20, 2021, defendant MAXIMILIANO RAFAEL GUILLERMO, an alien, who had been officially deported and removed from the United States on or about November 23, 2014, was found in Santa Barbara County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General

//

//

or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

A TRUE BILL

/S/
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

THOMAS J. MAGAÑA
Assistant United States Attorney
General Crimes Section

2